5:16-cv-0693 SECP

To whom it may concern:    May 16, 2016

On Feb 1, 2016 on interstate 20. I was a subject was a passenger of a vehicle that was pulled over for a traffic violation upon consent to search some illegal narcotics was found.

Driver of vehicle is Royce Bacica SR, half brother.

Mr. Bacica was transporting sixty-five pounds liquid meth, fifteen pounds heroin from Texas to Atlanta GA.

State Troopers turned us over to the D.E.A, the D.E.A got Mr. Bacica to agree to finish the drug run to Atlanta.

Two agents had Mr. Bacica in truck with them all the way to Atlanta they had a recorder hooked up to Mr. Bacica's phone all calls were recorded.

I rode in seperate truck was not needed in the transaction period, the D.E.A agents made this clear.

With me not being part of transaction i don't know what was said between agents and Mr. Bacica.

We arrived at the police station the night of Feb 1, 2016 and they went over their situation.

I sit on side line the whole time.

They put my life in great danger when they put me back in that truck that night to finish that deal.

These people who Mr. Bacica was dealing with don't know me period, a agent could of finished the deal with Mr. Bacica these people would of never new.

** Atlanta GA. D.E.A agents took over the case when they arrested the man that my brother gave the drug to,, Atlanta took over the drugs plus me and Mr. Bacica.

Louisiana D.E.A asked Atlanta D.E.A what they were going to do with me and Mr. Bacica,, they said they were taking us to Bus station and sending us home. They didn't want us.

The drugs and case is in Atlanta they had no business bringing us back to Louisiana, how can ya hold me her when your case is in another state.

I know the dope is in Atlanta GA. with no drug evidence, ya have no drug charges on me, so what are they holding me on?

I have been here for 103 days I haven't been to arraignment.

I haven't been allowed to enter plea of not guilty, or have I been formally charged.

Louisiana State law:
From day of arrest the state has 60 days to formally charge a subject.

Once the bill of information is read the D.A. must file the bill of information, then the state has forty-five days to get subject in front of a judge. The only way the state of louisiana can go past the sixty days for arraignment, is when the subject is being charged with a capital offence or a sex crime.

I was just a subject in a vehicle that had some illegal Narotics in it.

Monday May 16, 2016, will be 103 days being held with out reading of bill of information/indictment, formally charging me.

At this point Bossier louisiana D.A.'s office or the state of louisiana, are violating my rights from A to Z every day that I'm here.

you can help me start my "1983 form" against the guilty party who are holding flase actions against me, or i will hire a claims lawyer to do it for me.

My deal to ya:

I will sign a paper saying wont take action on my 1983 form if you will sign paper saying you wont turn around 30 minutes later and re-arrest me on some thing I havent done just to lock me back up.

take me to bus station and drop me off with 200 dollars cash so i can get bus ticket back to Rosenberg texas and have little spending money.

yall don't wont to take this to jury trial if i have to i will I will have all atlanta law that was there that night here in court and on the stand.

The atlanta D.A. who took charge of case and let me go in the first place.

what go's on between you and Mr. Bacica is yalls business not mine.

if Mr. Bacica is not smart enough to think about every thing and get his self out of this it is his problem he is on his own.

Im not going to give yall to long to take action and let me go from this situation.

Then i will find a claims lawyer who will take this case.

Thank you

Mr Durbin

#80032