**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MICHAEL DURBIN | CIVIL ACTION NO. 16-0693-P |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| OFFICE OF THE 26TH JDC DISTRICT ATTORNEY, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to FRCP Rule 41(b) and LR41.3W.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ____ day of December, 2016.

Elizabeth Erny Foote
United States District Judge